# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**RODNEY C. DAVIS, SR.**                                        **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO.: 3:04cv861WHB-JCS**

**RONNIE PENNINGTON, ET AL**                           **DEFENDANTS**

_____

## **JUDGMENT**

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause on February 13, 2006, and the Court, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the 18th day of April, 2006.

                                                           s/William H. Barbour, Jr.
                                                           UNITED STATES DISTRICT JUDGE